# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON DIGITAL SERVICES, LLC, <br><br> Defendants. | C.A. No. 16-1266-RGA-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 7, 2020, copies of (1) **Plaintiff IPA Technologies Inc.'s Notice of Reduction of Asserted Claims** and (2) this **Notice of Service** were served on the following counsel via email:

J. David Hadden
dhadden@fenwick.com
Saina S. Shamilov
sshamilov@fenwick.com
Ravi Ranganath
rranganath@fenwick.com
Todd Gregorian
tgregorian@fenwick.com
Sapna S. Mehta
smehta@fenwick.com
Athul Acharya
aacharya@fenwick.com

Steven J. Balick
sbalick@ashby-geddes.com
Andrew C. Mayo
amayo@ashby-geddes.com

| | |
|---|---|
| Dated: August 7, 2020 | BAYARD, P.A.<br>/s/ *Stephen B. Brauerman*<br>Stephen B. Brauerman (sb4952)<br>600 North King Street, Suite 400 |
| Of Counsel: | |
| Paul J. Skiermont | Wilmington, DE 19801 |
| Sarah E. Spires | (302) 655-5000 |
| Sadaf R. Abdullah | sbrauerman@bayardlaw.com |
| Steven W. Hartsell | |
| Alexander E. Gasser | *Attorneys for Plaintiff,* |
| Jaime K. Olin | *IPA Technologies, Inc.* |
| Sheetal Patel | |
| Kevin P. Potere | |
| Tara M. Williams | |
| Skiermont Derby | |
| 1601 Elm Street, Suite 4400 | |
| Dallas, TX 75201 | |
| (214) 978-6600 | |
| IPA_SDTeam@skiermontderby.com | |

Mieke Malmberg
Skiermont Derby
800 Wilshire Blvd., Suite 1450
Los Angeles, CA 90017
(213) 788-4500
IPA_SDTeam@skiermontderby.com