**EXHIBIT D**

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IPA TECHNOLOGIES INC., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC., and AMAZON DIGITAL SERVICES LLC, <br><br> Defendants. | C.A. No. 1:16-cv-1266-RGA |

## PLAINTIFF IPA TECHNOLOGIES INC.'S
## NOTICE OF REDUCTION OF ASSERTED CLAIMS

Pursuant to the Court's orders during the discovery conference held on July 24, 2020, Plaintiff IPA Technologies Inc. ("IPA") hereby provides notice of its reduction of asserted claims against Defendants Amazon.com, Inc. and Amazon Digital Services LLC (collectively "Amazon"). IPA hereby narrows the claims asserted against Amazon in this matter to the following:

1. U.S. Patent No. 6,851,115: Claims 1, 5, 6, 7, 10, 11, 15, 29, 34, 35, 38, 61, 62, 64, 69, 71;

2. U.S. Patent No. 7,069,560: Claims 1, 20, 22, 26, 28, 29, 34, 45, 50; and

3. U.S. Patent No. 7,036,128: Claims 23, 24, 25, 26, 40.

IPA previously served infringement contentions for the above-identified claims.

| | |
|---|---|
| Dated: August 7, 2020 | BAYARD, P.A. |
| Of Counsel: | */s/Stephen B. Brauerman* |
| | Stephen B. Brauerman (sb4952) |
| Paul J. Skiermont | 600 N. King Street, Suite 400 |
| Sarah E. Spires | Wilmington, DE 19801 |
| Sadaf R. Abdullah | (302) 655-5000 |
| Steven W. Hartsell | sbrauerman@bayardlaw.com |
| Alexander E. Gasser | |
| Jaime K. Olin | *Attorneys for Plaintiff,* |
| Sheetal Patel | *IPA Technologies, Inc.* |
| Kevin P. Potere | |
| Tara M. Williams | |
| SKIERMONT DERBY LLP | |
| 1601 Elm Street, Suite 4400 | |
| Dallas, TX 75201 | |
| (214) 978-6600 | |
| pskiermont@skiermontderby.com | |
| sspires@skiermontderby.com | |
| sabdullah@skiermontderby.com | |
| shartsell@skiermontderby.com | |
| agasser@skiermontderby.com | |
| jolin@skiermontderby.com | |
| spatel@skiermontderby.com | |
| kpotere@skiermontderby.com | |
| twilliams@skiermontderby.com | |
| | |
| Mieke Malmberg | |
| Skiermont Derby | |
| 800 Wilshire Blvd., Suite 1450 | |
| Los Angeles, CA 90017 | |
| (213) 788-4500 | |
| mmalmberg@skiermontderby.com | |