**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 28, 2020

The Honorable Richard G. Andrews      <u>VIA ELECTRONIC FILING</u>
United States District Court
J. Caleb Boggs Federal Building
Wilmington, DE  19801-3555

    Re:   *IPA Techs. Inc., v. Amazon.com, Inc., and Amazon Digital Service, LLC*
           <u>C.A. No. 16-1266-RGA</u>

Dear Judge Andrews:

    It has come to our attention that we submitted an outdated version of the Finin II invalidity chart as Exhibit G with our supplemental letter (D.I. 173).  We have attached the amended and operative version of Finin II as Exhibit G to this letter.  Additionally, footnote 9 of the supplemental letter should read:

> Finin II refers to the publication by Tim Finin, et al. entitled "KQML as an Agent Communication Language" in Jeffrey M. Bradshaw, "Software Agents," American Association for Artificial Intelligence (1997); Tim Finin, et al., Specification of the KQML Agent-Communication Language (1993); Yannis Labrou, et al., A proposal for a new KQML Specification (1997).

                                      Respectfully,

                                      /s/ *Andrew C. Mayo*

                                      Andrew C. Mayo (#5207)

ACM/nlm
Attachments

cc:    Counsel of Record (via electronic mail; w/attachments)