**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IPA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., and AMAZON DIGITAL SERVICES LLC, <br><br> Defendants. | C.A. No. 1:16-cv-1266-RGA |

**PLAINTIFF IPA TECHNOLOGIES INC.'S**
**NOTICE OF REDUCTION OF ASSERTED CLAIMS**

Plaintiff IPA Technologies Inc. ("IPA") hereby provides notice of its further reduction of asserted claims against Defendants Amazon.com, Inc. and Amazon Digital Services LLC (collectively "Amazon"). IPA first reduced its asserted claims on August 10, 2020 pursuant to the Court's orders during the July 24, 2020 discovery conference, and IPA is now reducing its asserted claims again in an effort to streamline the issues for trial.

IPA hereby narrows the claims asserted against Amazon in this matter to the following:

1. U.S. Patent No. 6,851,115: Claims 10, 29, 34, 35, and 38; and

2. U.S. Patent No. 7,069,560: Claims 28 and 50.

IPA previously served infringement contentions and expert reports for the above-identified claims, and Amazon has served invalidity contentions and expert reports covering these claims.

| | |
|---|---|
| Dated:  June 18, 2021 | BAYARD, P.A. |
| Of Counsel: | */s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (#4952) |
| Paul J. Skiermont<br>Sarah E. Spires<br>Steven W. Hartsell<br>Alexander E. Gasser<br>Jaime K. Olin<br>Sheetal Patel<br>Kevin P. Potere<br>Tara M. Williams<br>SKIERMONT DERBY LLP<br>1601 Elm Street, Suite 4400<br>Dallas, TX 75201<br>(214) 978-6600<br>pskiermont@skiermontderby.com<br>sspires@skiermontderby.com<br>shartsell@skiermontderby.com<br>agasser@skiermontderby.com<br>jolin@skiermontderby.com<br>spatel@skiermontderby.com<br>kpotere@skiermontderby.com<br>twilliams@skiermontderby.com | Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Plaintiff,*<br>*IPA Technologies Inc.* |
| Mieke K. Malmberg<br>SKIERMONT DERBY LLP<br>800 Wilshire Blvd., Suite 1450<br>Los Angeles, CA 90017<br>(213) 788-4500<br>mmalmberg@skiermontderby.com | |