# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., and AMAZON DIGITAL SERVICES, LLC, <br><br> Defendants. | Civil Action No. 1:16-cv-01266-RGA |

## ORDER

The Court having considered Plaintiff IPA Technologies Inc.'s ("Plaintiff") Unopposed Motion for Leave to File a Response to Defendants' October 18, 2021 Letter;

IT IS HEREBY ORDERED THAT Plaintiff's Motion it GRANTED.

Date:  10/21/2021

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

1