

600 North King Street • Suite 400
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email:  sbrauerman@bayardlaw.com

October 20, 2021

**BY CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *IPA Technologies Inc. v. Amazon.com, Inc, et al.*, C.A. No. 16-1266-RGA

Dear Judge Andrews:

IPA disagrees with the positions outlined in Amazon's October 18, 2021 Letter (D.I. 400), and addresses its disagreements below in less than 240 words for both issues.

**Issue (1).** Amazon does not address *Finnigan's* key holding—a declarant's uncorroborated testimony alone cannot be used to invalidate a patent. Dr. Moran failed to corroborate his alleged conception of any aspect of *Martin/PAAM*. Uncorroborated testimony is not clear and convincing evidence as a matter of law, and such testimony cannot satisfy Amazon's burden of production or persuasion. *Finnigan Corp. v. Int'l Trade Comm'n*, 180 F.3d 1354, 1370 (Fed. Cir. 1999). S*ee also i4i Ltd. P'ship v. Microsoft Corp.*, 598 F.3d 831, 847 (Fed. Cir. 2010), aff'd, 564 U.S. 91 (2011) ("Corroboration is required in certain circumstances. *See, e.g.,* . . . *Symantec Corp. v. Computer Assocs. Int'l, Inc.,* 522 F.3d 1279, 1295–96 (Fed.Cir.2008) ('An alleged co-inventor's testimony [i.e., testimony of person alleging to be an omitted co-inventor of asserted patent], standing alone, cannot rise to the level of clear and convincing evidence; he must supply evidence to corroborate his testimony.') . . . [W]e require corroboration of 'any witness whose testimony alone is asserted to *invalidate* a patent,' *Finnigan Corp. v. Int'l Trade Comm'n,* 180 F.3d 1354, 1369–70 (Fed.Cir.1999) (emphasis added).").

**Issue (2).** Amazon must prove *Martin/PAAM* are prior art by clear and convincing evidence. *Microsoft Corp. v. i4i*, 564 U.S. 91, 100-104 (2011) (presumption of validity means "an infringer who assails the validity of a patent fair on its face bears a heavy burden of persuasion and **fails unless his evidence has more than a dubious preponderance**." (emphasis added)).

Respectfully submitted,

*/s/ Ronald P. Golden III*

Ronald P. Golden III (#6254)

cc:   All counsel of record