IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPA TECHNOLOGIES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 16-1266-RGA |
| | : | |
| AMAZON.COM, INC., and AMAZON DIGITAL SERVICES, LLC, | : | |
| | : | |
| Defendants. | : | |

# JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated October 28, 2021 (D.I. 405; D.I. 406);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiff.

/s/ Richard G. Andrews
United States District Judge

Dated: 10/28/2021

/s/ N. Selmyer
(By) Deputy Clerk