# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., and AMAZON DIGITAL SERVICES, LLC, <br><br> Defendants. | C.A. No. 1:16-cv-01266-RGA |

## **NOTICE OF APPEAL**

Notice is hereby given under Fed. R. App. P. 3 that Plaintiff IPA Technologies Inc. appeals to the United States Court of Appeals for the Federal Circuit from (1) the final judgment of the United States District Court for the District of Delaware, dated October 28, 2021 (D.I. 407); (2) the Court's order granting Defendants Amazon.com, Inc.'s and Amazon Digital Services, LLC's motion for summary judgment of non-infringement, dated October 28, 2021 (D.I. 406); (3) the Court's memorandum opinion granting Defendants' motion for summary judgment of non-infringement, dated October 28, 2021 (D.I. 405); and (4) any and all other judgments, orders, opinions, decisions, rulings, and findings subsidiary thereto, subsumed therein, or subsequent thereto.

Dated:

| | |
|---|---|
| *Of Counsel*: | BAYARD, P.A. |
| TENSEGRITY LAW GROUP, LLP | */s/ Stephen B. Brauerman* |
| | Stephen B. Brauerman (#4952) |
| Matthew D. Powers | Ronald P. Golden III (#6254) |
| Paul Ehrlich | 600 North King Street, Suite 400 |
| Azra Hadzimehmedovic | Wilmington, DE 19801 |
| Robert Gerrity | (302) 655-5000 |
| Kiley White | sbrauerman@bayardlaw.com |
| 555 Twin Dolphin Drive, Suite 650 | rgolden@bayardlaw.com |
| Redwood Shores, CA 94065 | |
| Telephone:     (650) 802-6000 | *Attorneys for Plaintiff* |
| Facsimile:       (650) 802-6001 | *IPA Technologies, Inc.* |
| matthew.powers@tensegritylawgroup.com | |
| paul.ehrlich@tensegritylawgroup.com | |
| azra@tensegritylawgroup.com | |
| robert.gerrity@tensegritylawgroup.com | |
| kiley.white@tensegritylawgroup.com | |

SKIERMONT DERBY LLP

Paul J. Skiermont
Sarah E. Spires
Steven W. Hartsell
Jaime K. Olin
Alexander E. Gasser
Sheetal Patel
Kevin P. Potere
Tara M. Williams
1601 Elm Street, Suite 4400
Dallas, TX 75201
(214) 978-6600
IPA_SDTeam@skiermontderby.com

Mieke K. Malmberg
800 Wilshire Blvd., Suite 1450
Los Angeles, CA 90017
(213) 788-4500
IPA_SDTeam@skiermontderby.com